UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FAITH BONDURANT, ) | No. CV 09-2391 FFM |
| ) Plaintiff, ) | |
| ) v. ) | JUDGMENT OF REMAND |
| ) MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| ) Defendant. ) | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated January 26, 2011.

DATED:  January 26, 2011

　　　　　　　　　　　　　　　　　　 /S/ FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge